**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA f/u/b/o**
**D & D CONSTRUCTION SERVICES OF**
**ORLANDO, INC.,**
        **Plaintiff,**

-vs-                                      **Case No. 6:04-cv-1663-Orl-DAB**

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**
        **Defendant.**

_____

## ORDER OF CLOSURE

The Court has been advised by the parties that the above-styled action has been completely settled. *See* Doc. No. 24. Accordingly, the Clerk is directed to close this file and terminate any pending matters.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2006.

                                            *David A. Baker*
                                            DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record